UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF BRITTANY
ZIMMERMANN by its Special Administrator,
KEVIN ZIMMERMANN,
JEAN ZIMMERMANN, and
KEVIN ZIMMERMANN,

        Plaintiffs,

        Civil Action No. 08-CV-349-BBC

vs.

DANE COUNTY and
RITA GAHAGAN,

        Defendants.

---

**ORDER DISMISSING PLAINTIFFS' CLAIMS**

---

PURSUANT TO STIPULATION BY ALL PARTIES, all claims brought by the plaintiffs against the defendants are hereby dismissed with prejudice and without costs to any party, reserving to the plaintiffs all other claims against all other parties including any state law claims against the defendants, Dane County and Rita Gahagan.

SO ORDERED.

Dated this 28th day of July, 2008.

        Barbara B. Crabb
        ~~The Honorable Stephen L. Crocker~~
        Western District of Wisconsin

Drafted by:
Bell, Gierhart & Moore, S.C.
44 E. Mifflin St.
P.O. Box 1807
Madison, WI 53701